ELSIE V. K. WOLLEN, Appellant, *v.* B. EDMUND DAVID, INC., Respondent, Impleaded with Another.

(Argued October 19, 1936; decided November 24, 1936.)

*Harry Bijur* and *Filbert L. Rosenstein* for appellant.
*Eugene L. Bondy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, and LOUGHRAN, JJ.  Dissenting: CROUCH and FINCH, JJ.